## IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **TAMICA LANDRUM GRAHAM o/b/o C.L.G.,** | * |
| Plaintiff, | * |
| vs. | * CIVIL ACTION NO. 18-00206-JB-B |
| **ANDREW M. SAUL,** Commissioner of Social Security, | * |
| Defendant. | * |

### ORDER

After due and proper consideration of the issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated August 12, 2019 (Doc. 26), is **ADOPTED** as the opinion of this Court.

**DONE** this 19th day of September, **2019.**

s/Jeffrey U. Beaverstock
**UNITED STATES DISTRICT JUDGE**